

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00239-CV

| | | |
|---|---|---|
| In re Danny Eaton | § | Original Proceeding |
| | § | From the 360th District Court |
| | § | of Tarrant County (360-557201-14) |
| | § | September 25, 2014 |
| | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the petition for writ of mandamus filed by relator Danny Eaton. We conditionally grant relator's petition. Writ will issue only if the trial court fails to vacate the temporary orders granting spousal support and interim attorney's fees and return the monies deposited in the trial court's registry to Danny Eaton.

It is ordered that real party in interest Donna Rogers Eaton shall pay all costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel_____
Justice Lee Gabriel